DEFENDANT 2:      RIANANN SANDERS

YEAR OF BIRTH:   1985

ADDRESS:            Englewood, CO

<u>COMPLAINT FILED</u>?  _____ YES   __X__ NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   ___ YES   __X__ NO

OFFENSE:

**COUNTS ONE, TWO, THREE, FOUR, FIVE and SEVEN:** Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 - knowingly and intentionally possess with intent to distribute and did distribute a quantity of a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, and aiding and abetting the same.

**NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE):         Arapahoe County, Colorado

PENALTY:

**COUNTS ONE, TWO, THREE, FOUR, FIVE and SEVEN:** NMT 20 years in prison, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee (per count)

**Forfeiture**

AGENT:     Michael B. Tonozzi, Special Agent, DEA

AUTHORIZED BY:   James R. Boma, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   Less than five days

THE GOVERNMENT **will not** seek detention in this case.

OCDETF case:   Yes - WC CO 626