April 23, 2020

Case No. 1:16-cr-00123-RBJ-2

Regarding Early Release

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2020

JEFFREY P. COLWELL
CLERK

Your Honor:

    I would like to take a moment to tell you about myself and everything that I have accomplished since my incarceration. I was an addict who was very lost. Since my incarceration I got sober.

    Shortly after I arrived to prison, I got the news ever no one wants to hear. I found out that my dad passed away, and I will never forget that day. I was alone and lost and didn't have my family, I never want to feel like that again, it was the worst feeling in the world. I made myself a promise that when I got out, I would return to school. While waiting for my release date, I took some Spanish classes to keep myself busy.

    After my release, I was in the halfway house for a little over a month. While there, I found a part time job. After being released from the halfway house, I attended cosmetology school full time, as well as getting a better job as a manager. Shortly after that I bought myself a car.

    I have also made amends with my family and am continually building a relationship. I talk to them. Almost everyday, I attend all of my counseling appointments and UAs. I graduated from cosmetology school and I work in a salon as an apprentice Tuesday -Thursday nights. I also got a new and better job Monday - Friday mornings that work with my apprenticeship as well as working with my probation.

    I have accomplished so much in a short matter of time. I'm so proud of myself and am ready to put all of this behind me and move forward with my life. Thank you for take your time.

Respectfully,

Rianann Sanders

Riannann Sanders
1385 Del Mar Pkwy
Aurora CO, 80010

Judge R. Brooke Johnson
901 19th St
Denver CO 80294

80294-250099